**01–2066.  Golem v. Put–In–Bay.**

Certified State Law Question, No. 300CV7740. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The United States District Court for the Northern District of Ohio, Western Division, certified the following questions to this court:

"1. Does a Manual giving probationary police officers greater procedural rights than those already afforded under R.C. § 737.15, et seq., impair the authority of the Mayor under R.C. 737.15 et seq.?

"2. If so, does O.R.C. § 737.15 et seq., thereby contravene the Home Rule authority conferred on the Village under § 3, Art. XVIII of the Ohio Constitution?

"3. Does 'forced republication,' if proven, satisfy the publication element of a claim for defamation?"

The court declines to answer the above questions. This cause is therefore dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer and Lundberg Stratton, JJ., concur.

Cook, J., dissents.

**01–2132.  In re Beck.**

Original Action Involving Parental Rights or Adoption. On answer of respondent J. Mark Costine. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

# MOTION DOCKET

**87–192.  State v. Coleman.**

Hamilton App. No. C–850340. On motion to set execution date. Motion denied.

Douglas, Resnick and Lundberg Stratton, JJ., dissent.

On motion to strike memo opposing motion to set execution date. Motion denied.

**98–726.  State v. Jackson.**

Franklin App. No. 97CR041902. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.

**01–643.  State ex rel. Jerdo v. Pride Cast Metals, Inc.**

Franklin App. No. 00AP–646. On request for oral argument. Request denied.

**01–1002.  Kucherak v. Tri City Family Medicine.**

Lorain App. No. 00CA007687. On motion to supplement record. Motion denied.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.

**01–1253.  Layne v. Ohio Adult Parole Auth.**

Marion App. No. 9–01–06. On motion to supplement record with supplement attached. Motion granted.

Resnick and Cook, JJ., dissent.

**01–1266.  Layne v. Ohio Adult Parole Auth.**

Marion App. No. 9–01–06. On motion to supplement record with supplement attached. Motion granted.

Resnick and Cook, JJ., dissent.

**01–1407.  D.A.B.E., Inc. v. Toledo–Lucas Cty. Bd. of Health.**

Certified State Law Question, No. 301CV7334. On motion for admission *pro hac vice* of William B. Schultz and Carlos T. Angulo by Andrew K. Ranazzi et al. Motion granted.

**01–1613.  SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, No. 97–E–675. *Sua sponte,* cause consolidated with 01–2207, *SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision,* Board of Tax Appeals No. 98–E–345.

**01–1958.  State ex rel. Cincinnati–Dayton Stenographic, Inc. v. Crehan.**

In Mandamus.  This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's amended motion to dismiss and determination pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court that respondent's motion to dismiss is granted as to relator's claim requesting an order directing that court transcription in Butler County be done by trained court reporters who are not subordinate employees to the judges who have heard the matters on which they